

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,740-03

**EX PARTE ALFRED EUGENE AISHMAN, JR., Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 114-1136-05-B IN THE 114TH DISTRICT COURT
## FROM SMITH COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to aggravated sexual assault of a child and was sentenced to fifty years' imprisonment.

In the instant application, Applicant raises three grounds for review. Applicant alleges that he is actually innocent of the offense to which he pleaded guilty. He also alleges prosecutorial and judicial misconduct during post-conviction DNA proceedings pursuant to Chapter 64 of the Texas Code of Criminal Procedure, which occurred after the final disposition of his initial application for writ of habeas corpus.

Applicant is not confined because of any error in his Chapter 64 proceedings. Therefore, the post-conviction writ of habeas corpus is not available for his claims of error in that proceeding. *Ex parte Baker*, 185 S.W.3d 894 (Tex. Crim. App. 2006); *Ex parte Suhre*, 185 S.W.3d 898 (Tex. Crim. App. 2006). Those claims are denied.

Applicant's remaining claims are barred from review; as such, they are dismissed. Tex. Code Crim. Proc. art. 11.07 § 4.

Filed: August 21, 2019
Do not publish